## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CLARENCE E. TURNBO**                                                          **PETITIONER**
ADC #066159

**v.**                                    **CASE NO. 4:25-CV-00654-BSM**

**DEXTER PAYNE,** Director
Arkansas Division of Correction                                          **RESPONDENT**

## ORDER

After a *de novo* review, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 31] is adopted and Clarence Turnbo's petition for writ of habeas corpus is dismissed with prejudice. Turnbo's objection to the order granting an extension of time for respondent to file a response [Doc. No. 22] is denied. No certificate of appealability shall issue. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 2nd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE