## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CLARENCE E. TURNBO**                                            **PETITIONER**
ADC #066159

**v.**                          **CASE NO. 4:25-CV-00654-BSM**

**DEXTER PAYNE,** Director
Arkansas Division of Correction                            **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE